# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER GOODVINE,
    Plaintiff,

v.                                              Case No. 13-CV-0017

DR. AZZEM PASHA, and
MERCY MEDICAL CENTER OF OSHKOSH INC.,
    Defendants,

## DECISION AND ORDER

On January 16, 2014, I entered an order directing plaintiff to respond to defendants' motions for summary judgment on or before Thursday, February 13, 2014. I advised plaintiff that failure to respond by that date may result in dismissal of this action for failure to prosecute. Rather than respond to the motions, plaintiff asked this court to allow him to voluntarily dismiss this action with prejudice.

    **THEREFORE, IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 21st day of February, 2014.

                                                        s/ Lynn Adelman

                                                        LYNN ADELMAN
                                                        District Judge